CIVIL MINUTES CLOSING

Case No <u>SACV 18-0599-AG</u>        Date: <u>December 28, 2018</u>

Title: <u>RAUL GONZALEZ-HERNANDEZ v U.S.A.</u>

Present   <u>ANDREW J. GUILFORD , United States District Court Judge</u>

      Lisa Bredahl                            Not Present
      Deputy Clerk                           Court Reporter

---

Attorneys for Plaintiff                       Attorneys for Defendant

Not Present                                 Not Present

---

Proceedings:     ☐ In Court     X In Chambers     ☐ Counsel Notified

☐     Case previously closed in error. Make JS-5.

X     Case should have been closed on entry dated <u>4/10/18.</u> Make JS-6.

☐     Case settled but may be reopened if settlement is not finalized within     days. Make JS-6.

☐     Other                    .

☐     Entered                 .